UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.1:14-cr-00229-PLM |
| ) | |
| v. ) | Honorable Paul L. Maloney |
| ) | |
| DONNELL DEOMEARA DAVENPORT, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

Defendant appeared before me on January 16, 2015, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing, reserving the right to re-open the hearing if circumstances change. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 20th day of January, 2015.

/s/ Phillip J. Green
United States Magistrate Judge